UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe subscriber assigned IP address 100.51.1.93

---

**MALIBU MEDIA, LLC,**

                *Plaintiff,*    Case No. 2:14-cv-04333 (KSH) (CLW)

              vs.    CIVIL ACTION

**JOHN DOE SUBSCRIBER ASSIGNED IP**    **ORDER**
**ADDRESS 100.51.1.93,**

                *Defendant.*

---

**THIS MATTER**, having been brought before the Court on the application of Leslie A. Farber, LLC, attorneys for defendant John Doe subscriber assigned IP address 100.51.1.93, Leslie A. Farber, Esq., appearing, for an Order permitting defendant to proceed anonymously and for a protective Order, pursuant to Rules 5.2 (e) and 26(c) of the Federal Rules of Civil Procedure, and the Court having considered the moving and opposing papers and any arguments of counsel, and good cause having been shown;

**IT IS** on this  9  day of  October , 2014,

**ORDERED** as follows:

1. John Doe subscriber assigned IP address 100.51.1.93 shall proceed anonymously, as a "John Doe," in this matter;

2. Plaintiff will maintain confidential and not disclose publicly or in this Court (except if under seal) the identity and contact information of this John Doe or of his/her immediate family; and

3. Upon request or Order from the Court, after being served with process, John Doe shall submit his or her name under seal.

_____
HON. CATHY L. WALDOR, U.S.M.J.